No. 711. MITCHELL, SECRETARY OF LABOR, *v.* OREGON FROZEN FOODS CO. ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman, Bessie Margolin* and *Sylvia S. Ellison* for petitioner.

No. 724. INMAN *v.* BALTIMORE & OHIO RAILROAD CO. Supreme Court of Ohio. Certiorari granted. *Raymond J. McGowan* for petitioner. *C. G. Roetzel* and *John L. Rogers, Jr.* for respondent.

No. 684. EASTERN COAL CORP. *v.* RELIFORD ET AL. C. A. 6th Cir. Certiorari denied. *George Richardson, Jr.* for petitioner. *Dan Jack Combs* for respondents.

No. 709. ROGERS ET AL. *v.* HOLLOWAY ET AL. Court of Appeals of Kentucky. Certiorari denied. *Richard C. Oldham* for petitioners.

No. 714. MADISON FUND, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied: *William R. Spofford* and *Charles I. Thompson, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 716. PECKHAM *v.* CASALDUC, TRUSTEE OF RONRICO CORPORATION, ET AL. C. A. 1st Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Harold A. Segall* for respondents.